An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

REESE ROBERT WALDRON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65166

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of attempted theft. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Appellant claims that his sentence of 19 to 48 months is disproportionate to the offense of attempted theft and constitutes cruel and unusual punishment. We disagree.

Regardless of its severity, a sentence that is within the statutory limits is not "'cruel and unusual punishment unless the statute fixing punishment is unconstitutional or the sentence is so unreasonably disproportionate to the offense as to shock the conscience.'" *Blume v. State*, 112 Nev. 472, 475, 915 P.2d 282, 284 (1996) (quoting *Culverson v. State*, 95 Nev. 433, 435, 596 P.2d 220, 221-22 (1979)); *see also Harmelin v. Michigan*, 501 U.S. 957, 1000-01 (1991) (plurality opinion) (explaining that the Eighth Amendment does not require strict proportionality between crime and sentence; it forbids only an extreme sentence that is grossly disproportionate to the crime). The sentence imposed is within the parameters provided by the relevant statutes, *see* NRS 193.330(1)(a)(4); NRS 205.0835(3), and appellant does not allege that those statutes are

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23790

unconstitutional. We note that appellant has several prior convictions for fraud related offenses and we are not convinced that the sentence imposed is so grossly disproportionate to the crime as to constitute cruel and unusual punishment. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Robert W. Lane, District Judge
       Mountain West Lawyers
       Nye County District Attorney
       Attorney General/Carson City
       Nye County Clerk